443 F.2d 71
 Leonard ALLRED, Plaintiff-Appellant,
v.
James H. SUMMERSGILL, III, et al., Defendants-Appellees.
 No. 31103.
 United States Court of Appeals, Fifth Circuit.
 June 4, 1971.
 
 Orlando G. Bendana, Trial Atty., New Orleans, La., for plaintiff-appellant.
 Stanley E. Loeb, New Orleans, La., L. G. LaPlante, Jr., LaPlante & Serpas, Galliano, La., Loeb & Livaudais, Claire Loeb, New Orleans, La., for defendants-appellees.
 Appeal from the United States District Court for the Eastern District of Louisiana; James A. Comiskey, District Judge.
 Before GEWIN, BELL and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966